1  Ryan Lee (SBN: 235879)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 405
   Los Angeles, CA 90025
3  Tel: 323-988-2400 x241
   Fax: 866-829-5083
4  Attorneys for Plaintiff,
   KAREN CORDERO
5

**UNITED STATES DISTRICT COURT,**
**CENTRAL DISTRICT OF CALIFORNIA,**
**WESTERN DIVISION**

KAREN CORDERO,                )
                              )
         Plaintiff,           )   **Case No.: 2:13-cv-00145-ABC-PLA**
     v.                       )
ADMIN RECOVERY, LLC,          )
                              )
         Defendant.           )
                              )
                              )

### NOTICE OF VOLUNTARY DISMISSAL

KAREN CORDERO (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, ADMIN RECOVERY, LLC (Defendant), in this case.

DATED: September 13, 2013         RESPECTFULLY SUBMITTED,

                                  KROHN & MOSS, LTD.

                                  By: /s/ Ryan Lee

                                  Ryan Lee (SBN: 235879)
                                  Krohn & Moss, Ltd.
                                  10474 Santa Monica Blvd., Suite 405
                                  Los Angeles, CA 90025
                                  Tel: 323-988-2400 x241
                                  Fax: 866-829-5083

---
1
Voluntary Dismissal

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2013, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was mailed to defendant at the below address:

> John P. Touhey
> General Counsel
> Admin Recovery, LLC
> 9159 Main St.
> Clarence, NY 14031

By:  /s/ Ryan Lee

Ryan Lee